# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>      Defendants. | Case No.: 5:23-cv-01019-F |
| CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>      Defendants. | Case No.: 5:24-cv-00019-R |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>      Defendants. | Case No.: 5:24-cv-00012-F |

JOSEPH MINARIK, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,

Defendants.

Case No.: 5:24-cv-00014-J

**NOTICE OF MOTION AND MOTION OF DR. CALVIN E. MEIN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Dr. Calvin E. Mein ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel and Caruso & Smith, PLLC as Liaison Counsel for the Class.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Mark A. Smith, the [Proposed] Order Appointing Movants as Lead Plaintiff and Approving Movant's Selection of Levi & Korsinsky as Lead Counsel and Caruso & Smith, PLLC as Liaison Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

2

Dated: January 9, 2024

Respectfully Submitted,

**CARUSO & SMITH, PLLC**

By: /s/ *Mark A. Smith*
Mark A. Smith, OBA #31231
Dennis A. Caruso, OBA #11786
2021 South Lewis Avenue Suite 720
Tulsa, OK 74104
Tel: 918-583-5900
Fax: 918-583-5902
msmith@carusosmithok.com
dcaruso@carusosmithok.com

*Liaison Counsel for Dr. Mein and [Proposed] Liaison Counsel for the Class*

Adam M. Apton (*pro hac vice* forthcoming)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Dr. Mein and [Proposed] Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I, Mark A. Smith, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 9th day of January, 2024.

/s/ *Mark A. Smith*
Mark A. Smith
