# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>     Defendants. | Case No.: 5:23-cv-01019-F |
| CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>     Defendants. | Case No.: 5:24-cv-00019-R |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>     Defendants. | Case No.: 5:24-cv-00012-F |

| | |
|---|---|
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>      Defendants. | Case No.: 5:24-cv-00014-J |

**DECLARATION OF MARK A. SMITH IN SUPPORT OF DR. CALVIN E. MEIN'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL <u>OF SELECTION OF COUNSEL</u>**

I, Mark A. Smith, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Caruso & Smith, PLLC, counsel for lead plaintiff movant Dr. Calvin E. Mein ("Movant") and proposed Liaison Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of selection of Levi & Korsinsky, LLP as Lead Counsel and Caruso & Smith, PLLC as Liaison Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant attesting to his transactions of Paycom Software, Inc. ("Paycom" or the "Company") securities;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Paycom securities;

**Exhibit C**:    Press Release published November 10, 2023, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Ventrillo v. Paycom Software, Inc., et. al.,* Case No. 5:23-cv-01019-F;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion;

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class; and

**Exhibit F**:    Firm Résumé of Caruso & Smith, PLLC, proposed Liaison Counsel for the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 9th day of January, 2024.

/s/ *Mark A. Smith*
Mark A. Smith

3