# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Calvin E Mein, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Paycom Software, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date : 1/8/2024

Name : Calvin E Mein

Signature :



| Case Name | Paycom Software, Inc. |
|---|---|
| Ticker | PAYC |
| Class Period | 02-09-2022 to 11-01-2023 |

**Client Name**

Dr. Calvin E. Mein

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-17-2023 | P | 1000 | $ 290.0000 |
| 08-10-2023 | P | 3000 | $ 340.0000 |
| 08-16-2023 | P | 5300 | $ 340.0000 |
| 08-18-2023 | P | 1500 | $ 340.0000 |
| 08-21-2023 | P | 200 | $ 340.0000 |
| 09-22-2023 | S | -3000 | $ 260.0000 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 2/22/2023 | SO | -10 | PAYC Mar 17 '23 $290 PUT | $8.12 |
| 3/20/2023 | Assignment | 10 | PAYC Mar 17 '23 $290 PUT | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 1/31/2023 | BO | 10 | PAYC Mar 17 '23 $320 CALL | $21.60 |
| 3/20/2023 | Expired | -10 | PAYC Mar 17 '23 $320 CALL | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 4/25/2023 | SO | -24 | PAYC May 19 '23 $310 CALL | $6.50 |
| 5/22/2023 | Expired | 24 | PAYC May 19 '23 $310 CALL | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 7/28/2023 | SO | -100 | PAYC August 18 '23 $340 PUT | $4.30 |
| 8/10/2023 | Assignment | 30 | PAYC August 18 '23 $340 PUT | $0.00 |
| 8/17/2023 | Assignment | 53 | PAYC August 18 '23 $340 PUT | $0.00 |
| 8/18/2023 | Assignment | 15 | PAYC August 18 '23 $340 PUT | $0.00 |
| 8/21/2023 | Assignment | 2 | PAYC August 18 '23 $340 PUT | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 8/11/2023 | BO | 100 | PAYC Sep 15 '23 $300 CALL | $9.59 |
| 9/15/2023 | Expired | -100 | PAYC Sep 15 '23 $300 CALL | $0.00 |