# EXHIBIT B

**Dr. Calvin E. Mein**
**Transactions in Paycom Software, Inc. - PAYC**
**Class Period: 02-09-2022 to 11-01-2023, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| **LIFO Losses/(Gain) Options** | **$50,780.00** |
| **Dura LIFO Losses/(Gain)\* Options** | **($66,720.00)** |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/22/2023 | SO | (10) | PAYC Mar 17 '23 $290 PUT | 8.12 | ($8,120.00) |
| 3/20/2023 | Assignment | 10 | PAYC Mar 17 '23 $290 PUT | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/31/2023 | BO | 10 | PAYC Mar 17 '23 $320 CALL | 21.60 | $21,600.00 |
| 3/20/2023 | Expired | (10) | PAYC Mar 17 '23 $320 CALL | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 4/25/2023 | SO | (24) | PAYC May 19 '23 $310 CALL | 6.50 | ($15,600.00) |
| 5/22/2023 | Expired | 24 | PAYC May 19 '23 $310 CALL | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 7/28/2023 | SO | (100) | PAYC August 18 '23 $340 PUT | 4.30 | ($43,000.00) |
| 8/10/2023 | Assignment | 30 | PAYC August 18 '23 $340 PUT | 0.00 | $0.00 |
| 8/17/2023 | Assignment | 53 | PAYC August 18 '23 $340 PUT | 0.00 | $0.00 |
| 8/18/2023 | Assignment | 15 | PAYC August 18 '23 $340 PUT | 0.00 | $0.00 |
| 8/21/2023 | Assignment | 2 | PAYC August 18 '23 $340 PUT | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/11/2023 | BO | 100 | PAYC Sep 15 '23 $300 CALL | 9.59 | $95,900.00 |
| 9/15/2023 | Expired | (100) | PAYC Sep 15 '23 $300 CALL | 0.00 | $0.00 |

| | |
|---|---|
| **Client Name** | Dr. Calvin E. Mein |
| **Company Name** | Paycom Software, Inc. |
| **Ticker Symbol** | PAYC |
| **Security Type** | |
| **Class Period Start** | 02-09-2022 |
| **Class Period End** | 11-01-2023 |
| **90-DAY Lookback Period Start** | 11-02-2023 |
| **90-DAY Lookback Period End** | 01-08-2024 |
| **90-DAY Lookback Average** | $ 186.95 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $1,608,720.00 |
| **DURA LIFO\* Total** | $1,368,720.00 |
| **Gross Shares Purchased** | 11,000 |
| **Net Shares Retained** | 8,000 |
| **Net Funds Expended** | $2,910,000.00 |

### Dr. Calvin E. Mein

| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 03-17-2023 | 1000 | 290 | $ 290,000.00 | 11-02-2023 | | 1000 | $ 162.66 | | $ 162,660.00 | 1000 | - | $ 186.95 | | $ 127,340.00 | $ 127,340.00 |
| 08-10-2023 | 3000 | 340 | $ 1,020,000.00 | 11-02-2023 | | 3000 | $ 162.66 | | $ 487,980.00 | 3000 | - | $ 186.95 | | $ 532,020.00 | $ 532,020.00 |
| 08-16-2023 | 1300 | 340 | $ 442,000.00 | 09-22-2023 | 1300 | | $ 260.00 | $ 338,000.00 | - | - | - | $ 186.95 | | $ 104,000.00 | |
| 08-16-2023 | 4000 | 340 | $ 1,360,000.00 | 11-02-2023 | | 4000 | $ 162.66 | | $ 650,640.00 | 4000 | - | $ 186.95 | | $ 709,360.00 | $ 709,360.00 |
| 08-18-2023 | 1500 | 340 | $ 510,000.00 | 09-22-2023 | 1500 | | $ 260.00 | $ 390,000.00 | - | - | - | $ 186.95 | | $ 120,000.00 | |
| 08-21-2023 | 200 | 340 | $ 68,000.00 | 09-22-2023 | 200 | | $ 260.00 | $ 52,000.00 | - | - | - | $ 186.95 | | $ 16,000.00 | |
| **Total:** | **11,000** | | **$3,690,000.00** | | **3,000** | **8,000** | | **$780,000.00** | **$1,301,280** | **8,000** | | | | **$1,608,720.00** | **$1,368,720.00** |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total Stock + Options** | $1,659,500.00 |
| **DURA LIFO\* Total Stock + Options** | $1,302,000.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.