# EXHIBIT F

## CARUSO & SMITH, PLLC

ATTORNEYS AT LAW                                                                          www.carusosmithok.com

DENNIS A. CARUSO                                                                 2021 SOUTH LEWIS AVE, SUITE 720
DCARUSO@CARUSOSMITHOK.COM                                          TULSA, OKLAHOMA 74104
MARK A. SMITH                                                                       (918) 583-5900
MSMITH@CARUSOSMITHOK.COM                                            (918) 583-5902 (FAX)

**Dennis A. Caruso, OBA #11786**

Colorado School of Mines (B.S. Geological Engineering 1978)

University of Tulsa, College of Law (J.D. 1986)

Admitted to the Oklahoma Bar, the Northern, Eastern, and Western Districts of Oklahoma, United States Court of Appeals for the Federal and Tenth Circuit. Previous Pro Hac Vice in States of Arkansas, Colorado, Kansas, and Ohio, and the Eastern and Western Districts of Arkansas, Northern District of Texas, District of Kansas, Northern District of Ohio.

**Mark A. Smith, OBA #31231**

Oklahoma State University, William S. Spears School of Business (B.S. Economics 2007)

Oklahoma State University (M.S. Applied Economics 2009)

University of Tulsa, College of Law (J.D. 2012)

Admitted to the Oklahoma Bar, the Northern and Western Districts of Oklahoma. Previous Pro Hac Vice in States of Arkansas and Ohio, Western District of Arkansas, and Northern District of Ohio.

**MOST RECENT CLASS ACTION EXPERIENCE**

*Snow, et al., v. SEECO, Inc., et al.,* Case No. CV-2010-126 (Circuit Court of Conway County, Arkansas, State of Arkansas – May 7, 2010)- Obtained a favorable settlement for Rule 23 state class of mineral interest royalty owners against the largest producer of natural gas in the Fayetteville Shale. Defeated multiple attempts at removal to federal court, successful on appeal to the Arkansas Supreme Court of class certification decision, and managed competing state and federal copy-cat cases, including obtaining a settlement despite a federal jury verdict in favor of the defendant.

*Wattenbargar, et al. v. Newfield Exploration Mid-Continent, Inc., et al.,* Case No. 11-CV-755 (N.D. OK 2011). Obtained a favorable settlement for Rule 23 state class of mineral interest royalty owners.

*Canaan Wildlife Preserve, Inc. et. al. v. Chesapeake Energy Corp., et.al.*, 2:13-cv-02064 (W.D. AR. 2013) Class action on behalf mineral interest royalty owners for improper deductions for royalty proceeds.

*Linda Kovach et. al. v. Access Midstream Partner, L.P. and Chesapeake Energy Corp. et al.*, 5:15-CV-00616 (N.D. Ohio 2015). Class action on behalf mineral interest royalty owners for improper deductions for royalty proceeds.

*Doenges Ranch, Inc. et al. v. Sanchez Production Partners, LP; CEP Mid-Continent, LLC*, CJ-2016-31 (D. Court of Nowata County, State of Oklahoma 2016). Obtained a favorable settlement for mineral interest royalty owners for improper deductions from royalty proceeds.

*Goode v. Nuance Communications, Inc.*, Case No. 17-CV-472-GKF-JFJ (N.D. Okla. 2017) (FLSA collective action and Rule 23 class action )- proposed class of medical record transcriptionists in claims for unpaid rest breaks, payment of bonuses, and overtime.

*Copeland v. C.A.A.I.R., Inc. et al.*, 17-CV-564-TCK-JFJ (N.D. OK 2017)(Represent proposed Class of court-ordered drug rehab patients forced into unpaid labor in chicken processing plants).

*IN RE: ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION*, MDL No. 1:19-md-02903 (W.D. N.Y. 2019) (Member of Plaintiffs' Committee, Discovery Committee and Class Certification Committee).

*Murtagh v. Bed Bath & Beyond, Inc. and Levtex Holdings*, LLC, 1:19-cv-03487-CMA-NYW (D. Colo. 2019)(Proposed Class of purchasers of deadly baby crib bumpers).

*Ferguson v. Pottery Barn, Inc. and William-Sonoma, Inc.*, 19-cv-633-JED-JFJ (N.D. OK 2019) (Proposed Class of purchasers of deadly baby crib bumpers).