William B. Federman
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560

*Proposed Liaison Counsel for the Class*

*[Additional counsel appear on signature page]*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No.: 5:23-CV-01019-F |
| COREY SCHOENROCK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No.: 5:24-CV-00012-F |

[Caption continues on next page.]

| | |
|---|---|
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No.: 5:24-CV-00014-J |

**MOTION OF JOSEPH MINARIK FOR THE CONSOLIDATON OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed Lead Plaintiff Joseph Minarik ("Movant") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff in the above-captioned securities class action on behalf of a Class of all persons or entities who purchased or otherwise acquired the publicly traded securities of Paycom Software, Inc. between February 9, 2022 and November 1, 2023, inclusive (the "Class Period") and those who purchased Paycom call options or sold put options during the Class Period, including any Paycom common stock purchased or otherwise acquired in connection with the exercise of such options; and (3) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and Federman & Sherwood as Liaison Counsel for the Class (the "Motion").

2

This Motion is made on the grounds that Movant believes it is the "most adequate plaintiff" under the PSLRA, and should therefore be appointed Lead Plaintiff. Movant satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims, and because he will fairly and adequately represent the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of William B. Federman filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the related actions; (2) appoint Movant as Lead Plaintiff; and (3) approve his selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and Federman & Sherwood as Liaison Counsel for the Class.

DATED: January 9, 2024                    Respectfully submitted,

                                                 _____

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
WBF@federmanlaw.com

*[Proposed] Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060

3

Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*