**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No.: 5:23-CV-01019-F |
| COREY SCHOENROCK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No.: 5:24-CV-00012-F |
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No.: 5:24-CV-00014-J |

**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF THE MOTION OF JOSEPH MINARIK FOR THE CONSOLIDATON OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, William B. Federman, declare as follows:

1. I am an attorney at the law firm of Federman & Sherwood, proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by Joseph Minarik ("Movant") for the entry of an Order: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of a Class of all persons or entities who purchased or otherwise acquired the publicly traded securities of Paycom Software, Inc. between February 9, 2022 and November 1, 2023, inclusive (the "Class Period") and those who purchased Paycom call options or sold put options during the Class Period, including any Paycom common stock purchased or otherwise acquired in connection with the exercise of such options; and (3) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and Federman & Sherwood as Liaison Counsel for the Class.

2. Attached as Exhibits 1 through 5 are true and correct copies of the following documents:

EXHIBIT 1: Notice of Filing of Securities Class Action against Paycom Software, Inc.;

EXHIBIT 2: Signed Certification by Movant pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). 15 U.S.C. § 78u-4(a)(2);

EXHIBIT 3: A chart reflecting Movant's Class Period transactions in Paycom Software, Inc. publicly traded securities and approximate losses;

2

3

EXHIBIT 4: Firm resume of The Rosen Law Firm, P.A.; and

EXHIBIT 5: Firm resume of Federman & Sherwood.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of January, 2024.

_____

William B. Federman

3