# Exhibit 2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Paycom Software, Inc. (NYSE: PAYC), and their current and former officers, and others in connection with the purchase and sale of securities issued by Paycom Software, Inc.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint against Paycom Software, Inc. and certain of their officers and directors and I authorize The Rosen Law Firm, P.A. to file the complaint and file a lead plaintiff motion on my behalf.

2. I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales I have made in Paycom Software, Inc. common stock and options during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

    See Attached

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day ___1/5/2024_____.

Signature: Joseph Minarik
DocuSigned by:
24BC24462B4F4C6...

Name:

1

Purchases:

| Date | Security | Quantity | Price |
|---|---|---|---|
| 8/31/2023 | Option Assignment | 100 | $280.00 |
| 9/5/2023 | Option Assignment | 300 | $280.00 |
| 9/21/2023 | Option Assignment | 100 | $280.00 |
| 9/30/2023 | Option Assignment | 100 | $280.00 |
| 10/2/2023 | Option Assignment | 1000 | $280.00 |
| 10/2/2023 | Option Assignment | 100 | $280.00 |
| 10/5/2023 | Option Assignment | 100 | $280.00 |
| 10/5/2023 | Option Assignment | 200 | $280.00 |
| 10/18/2023 | Option Assignment | 500 | $280.00 |
| 10/18/2023 | Option Assignment | 800 | $280.00 |
| 10/18/2023 | Option Assignment | 200 | $280.00 |
| 10/18/2023 | Option Assignment | 100 | $280.00 |
| 10/18/2023 | Option Assignment | 600 | $280.00 |
| 10/19/2023 | Option Assignment | 100 | $280.00 |
| 10/19/2023 | Option Assignment | 600 | $280.00 |
| 10/21/2023 | Option Assignment | 100 | $280.00 |
| 11/1/2023 | Option Assignment | 100 | $290.00 |
| 11/1/2023 | Option Assignment | 100 | $290.00 |
| 11/1/2023 | Option Assignment | 5 | $290.00 |
| 11/1/2023 | Option Assignment | 61 | $290.00 |
| 11/1/2023 | Option Assignment | 1000 | $280.00 |
| 11/1/2023 | Option Assignment | 100 | $280.00 |
| 11/1/2023 | Option Assignment | 200 | $280.00 |
| 11/1/2023 | Option Assignment | 1100 | $280.00 |

2

| Date | Type | Quantity | Price |
|---|---|---|---|
| 11/1/2023 | Assignment Option | 188 | $280.00 |
| 11/1/2023 | Assignment Option | 88 | $280.00 |
| 11/1/2023 | Assignment Option | 40 | $280.00 |
| 11/1/2023 | Assignment Option | 184 | $280.00 |
| 11/1/2023 | Assignment Option | 1000 | $280.00 |
| 11/1/2023 | Assignment Option | 1 | $280.00 |
| 11/1/2023 | Assignment Option | 27 | $280.00 |
| 11/1/2023 | Assignment Option | 5 | $280.00 |
| 11/1/2023 | Assignment Option | 100 | $280.00 |
| 11/1/2023 | Assignment Option | 100 | $280.00 |
| 11/1/2023 | Assignment Option | 101 | $280.00 |
| 11/1/2023 | Assignment Option | 27 | $280.00 |
| 11/1/2023 | Assignment Option | 100 | $280.00 |
| 11/1/2023 | Assignment Option | 100 | $280.00 |
| 11/1/2023 | Assignment Option | 49 | $280.00 |
| 11/1/2023 | Assignment Option | 100 | $280.00 |
| 11/1/2023 | Assignment Option | 104 | $280.00 |
| 11/1/2023 | Assignment Option | 1 | $280.00 |
| 11/1/2023 | Assignment Option | 2 | $280.00 |
| 11/1/2023 | Assignment Option | 17 | $280.00 |
| 11/1/2023 | Assignment Option | 4400 | $260.00 |
| 11/1/2023 | Assignment Option | 1900 | $260.00 |
| 11/1/2023 | Assignment Option | 3600 | $260.00 |
| 11/3/2023 | Assignment | 100 | $260.00 |

3

**SALES:**

| Date | Security | Quantity | Price Per |
|------|----------|----------|-----------|
| 9/20/2023 | PAYC Nov 17 '23 $260 Put | 50 | $9.50 |
| 9/21/2023 | PAYC Nov 17 '23 $260 Put | 50 | $11.40 |
| 9/26/2023 | PAYC Nov 17 '23 $280 Put | 100 | $30.76 |