# Exhibit 3

**Joseph Minarik - Paycom Software, Inc. Loss Chart**

| Purchases Date | Security | Quantity | Price | Cost | Sales Date | Quantity | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 8/31/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 11/14/2023 | 100 | $180.30 | $18,030.00 |
| 9/5/2023 | Option Assignment | 300 | $280.00 | ($84,000.00) | 11/14/2023 | 300 | $180.20 | $54,060.00 |
| 9/21/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 11/14/2023 | 100 | $175.00 | $17,500.00 |
| 9/30/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 11/14/2023 | 100 | $175.00 | $17,500.00 |
| 10/2/2023 | Option Assignment | 1,000 | $280.00 | ($280,000.00) | 11/15/2023 | 1,000 | $181.30 | $181,300.00 |
| 10/2/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 11/20/2023 | 100 | $184.30 | $18,430.00 |
| 10/5/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/1/2023 | 100 | $185.30 | $18,530.00 |
| 10/5/2023 | Option Assignment | 200 | $280.00 | ($56,000.00) | 12/1/2023 | 200 | $185.30 | $37,060.00 |
| 10/18/2023 | Option Assignment | 500 | $280.00 | ($140,000.00) | 12/1/2023 | 500 | $185.30 | $92,650.00 |
| 10/18/2023 | Option Assignment | 800 | $280.00 | ($224,000.00) | 12/1/2023 | 800 | $185.21 | $148,168.00 |
| 10/18/2023 | Option Assignment | 200 | $280.00 | ($56,000.00) | 12/1/2023 | 200 | $185.20 | $37,040.00 |
| 10/18/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/4/2023 | 100 | $186.40 | $18,640.00 |
| 10/18/2023 | Option Assignment | 600 | $280.00 | ($168,000.00) | 12/4/2023 | 600 | $186.40 | $111,840.00 |
| 10/19/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/7/2023 | 100 | $188.25 | $18,825.00 |
| 10/19/2023 | Option Assignment | 600 | $280.00 | ($168,000.00) | 12/7/2023 | 600 | $188.10 | $112,860.00 |
| 10/21/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/7/2023 | 100 | $187.40 | $18,740.00 |
| 11/1/2023 | Option Assignment | 100 | $290.00 | ($29,000.00) | 12/7/2023 | 100 | $187.30 | $18,730.00 |
| 11/1/2023 | Option Assignment | 100 | $290.00 | ($29,000.00) | 12/8/2023 | 100 | $189.98 | $18,998.00 |
| 11/1/2023 | Option Assignment | 5 | $290.00 | ($1,450.00) | 12/8/2023 | 5 | $189.91 | $949.55 |
| 11/1/2023 | Option Assignment | 61 | $290.00 | ($17,690.00) | 12/8/2023 | 61 | $189.90 | $11,583.90 |
| 11/1/2023 | Option Assignment | 1,000 | $280.00 | ($280,000.00) | 12/8/2023 | 1,000 | $189.89 | $189,890.00 |
| 11/1/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/8/2023 | 100 | $189.88 | $18,988.00 |
| 11/1/2023 | Option Assignment | 200 | $280.00 | ($56,000.00) | 12/8/2023 | 200 | $189.84 | $37,968.00 |
| 11/1/2023 | Option Assignment | 1,100 | $280.00 | ($308,000.00) | 12/8/2023 | 1,100 | $189.76 | $208,736.00 |
| 11/1/2023 | Option Assignment | 188 | $280.00 | ($52,640.00) | 12/8/2023 | 188 | $189.62 | $35,648.56 |
| 11/1/2023 | Option Assignment | 88 | $280.00 | ($24,640.00) | 12/8/2023 | 88 | $189.56 | $16,681.28 |
| 11/1/2023 | Option Assignment | 40 | $280.00 | ($11,200.00) | 12/8/2023 | 40 | $188.84 | $7,553.60 |
| 11/1/2023 | Option Assignment | 184 | $280.00 | ($51,520.00) | 12/8/2023 | 184 | $188.83 | $34,744.72 |
| 11/1/2023 | Option Assignment | 1,000 | $280.00 | ($280,000.00) | 12/8/2023 | 1,000 | $188.79 | $188,790.00 |
| 11/1/2023 | Option Assignment | 1 | $280.00 | ($280.00) | 12/8/2023 | 1 | $188.78 | $188.78 |
| 11/1/2023 | Option Assignment | 27 | $280.00 | ($7,560.00) | 12/8/2023 | 27 | $188.78 | $5,097.06 |
| 11/1/2023 | Option Assignment | 5 | $280.00 | ($1,400.00) | 12/8/2023 | 5 | $188.72 | $943.60 |
| 11/1/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/8/2023 | 100 | $188.71 | $18,871.00 |
| 11/1/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/8/2023 | 100 | $188.70 | $18,870.00 |
| 11/1/2023 | Option Assignment | 101 | $280.00 | ($28,280.00) | 12/8/2023 | 101 | $188.68 | $19,056.68 |
| 11/1/2023 | Option Assignment | 27 | $280.00 | ($7,560.00) | 12/8/2023 | 27 | $188.67 | $5,094.09 |
| 11/1/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/8/2023 | 100 | $188.66 | $18,866.00 |
| 11/1/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/8/2023 | 100 | $188.65 | $18,865.00 |
| 11/1/2023 | Option Assignment | 49 | $280.00 | ($13,720.00) | 12/8/2023 | 49 | $188.63 | $9,242.87 |
| 11/1/2023 | Option Assignment | 100 | $280.00 | ($28,000.00) | 12/8/2023 | 100 | $188.62 | $18,862.00 |
| 11/1/2023 | Option Assignment | 104 | $280.00 | ($29,120.00) | 12/8/2023 | 104 | $188.61 | $19,615.44 |
| 11/1/2023 | Option Assignment | 1 | $280.00 | ($280.00) | 12/8/2023 | 1 | $188.60 | $188.60 |
| 11/1/2023 | Option Assignment | 2 | $280.00 | ($560.00) | 12/8/2023 | 2 | $188.58 | $377.16 |
| 11/1/2023 | Option Assignment | 17 | $280.00 | ($4,760.00) | 12/8/2023 | 17 | $188.57 | $3,205.69 |
| 11/1/2023 | Option Assignment | 4,400 | $260.00 | ($1,144,000.00) | 12/8/2023 | 4,400 | $188.56 | $829,664.00 |
| 11/1/2023 | Option Assignment | 1,900 | $260.00 | ($494,000.00) | 12/8/2023 | 1,900 | $188.30 | $357,770.00 |
| 11/1/2023 | Option Assignment | 3,600 | $260.00 | ($936,000.00) | 12/8/2023 | 3,600 | $188.30 | $677,880.00 |
| | | 19,900 | | ($5,376,660.00) | | 19,900 | | $3,733,092.58 |

Loss ($1,643,567.42)

Less Options Proceeds ($1,231,553.48)

**Put Option Sales**

| Date | Security | Quantity | Price Per | Proceeds |
|---|---|---|---|---|
| 9/20/2023 | PAYC Nov . | 50 | $9.50 | $47,478.93 |
| 9/21/2023 | PAYC Nov . | 50 | $11.40 | $56,978.85 |
| 9/26/2023 | PAYC Nov . | 100 | $30.76 | $307,556.16 |
| | | | | $412,013.94 |