# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No. 5:23-cv-01019-F |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No. 5:24-cv-00012-F |
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No. 5:24-cv-00014-F |

1

CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

   v.

PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG E. BOELTE,

      Defendants.

Case No. 5:24-cv-00019-F

**MOTION OF BRENDA HERBERT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

2

**TO THE CLERK OF THE COURT, ALL PARTIES, AND COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff Brenda Herbert ("Herbert") respectfully moves this Court for an order (1) consolidating the above-captioned related actions; (2) appointing Herbert as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Herbert's selection of Glancy Prongay & Murray LLP as Lead Counsel and Federman & Sherwood Liaison Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

This Motion is supported by the accompanying Memorandum of Law, Declaration of William B. Federman and the exhibits attached thereto, a Proposed Order, and all of the prior pleadings and proceedings in this matter, and such other written and/or oral argument as may be permitted by the Court.

Dated: January 9, 2024

By: */s/ William B. Federman*
William B. Federman, OBA #2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Liaison Counsel for Lead Plaintiff Movant Brenda Herbert and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant Brenda Herbert and Proposed Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

4

## CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 9, 2024.

*/s/ William B. Federman*
William B. Federman