# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No. 5:23-cv-01019-F |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No. 5:24-cv-00012-F |
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>Defendants. | Case No. 5:24-cv-00014-F |

| | |
|---|---|
| CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG E. BOELTE,<br><br>            Defendants. | Case No. 5:24-cv-00019-F |

**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF MOTION OF BRENDA HERBERT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

1

I, William B. Federman, declare as follows:

1.      I am a partner with the law firm of Federman & Sherwood, counsel for Plaintiff Brenda Herbert ("Herbert") and proposed liaison counsel for the class in the above-captioned actions. I make this declaration in support of Brenda Herbert's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Notice published in *Business Wire* on November 10, 2023, announcing the pendency of the securities class action against defendants herein;

Exhibit B:      Signed PSLRA Certifications of Herbert;

Exhibit C:      Analysis of Herbert's financial interest;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm résumé of Federman & Sherwood.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 9, 2024                              */s/ William B. Federman*
                                                    William B. Federman