# EXHIBIT C

## Financial Interest Analysis

**Company Name:**  Paycom Software, Inc.
**Ticker:**  PAYC
**Class Period:**  February 9, 2022 to November 1, 2023
**Name:**  Brenda Herbert

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/2/2022 | 100 | $339.0000 | -$33,900.0000 | | $0.0000 | -$33,900.00 |
| 5/18/2023 | 200 | $276.0000 | -$55,200.0000 | | $0.0000 | -$55,200.00 |
| 11/2/2023 | -200 | | $0.0000 | $158.0000 | $31,600.0000 | $31,600.00 |
| 11/27/2023 | -100 | | $0.0000 | $177.0000 | $17,700.0000 | $17,700.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$39,800.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $186.1657 | 0 | **Total:** | **-$39,800.00** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 1, 2023 and January 8, 2024.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.