# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>                Defendants. | Case No. 5:23-cv-01019-F<br><br>**MOTION OF AMY FISHER TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL** |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>                Defendants. | Case No. 5:24-cv-00012-F |
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>                Defendants. | Case No. 5:24-cv-00014-F |
| CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:24-cv-00019-F |

011216-11/2423472 V1

|  |  |
|---|---|
| | Plaintiff, |
| v. | |
| PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, | |
| | Defendants. |

011216-11/2423472 V1

Movant Amy Fisher ("Ms. Fisher or "Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff in this Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) approving her selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Federman & Sherwood as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Movant makes the motion to consolidate on the grounds that the Related Actions arise from the same operative facts, name identical defendants, and are appropriate for consolidation. Movant makes the motion for appointment as Lead Plaintiff on the belief that she is the most "adequate plaintiff" as defined in the PSLRA because: (1) she has incurred the largest financial interest in the relief sought by the Class, as a result of her purchases of shares of Paycom Software, Inc. securities during the proper alleged Class Period of May 3, 2023 and November 1, 2023, inclusive, as set forth in the above-captioned *Ventrillo Jr.* and *Minarik* actions, and (2) she satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

Ms. Fisher further requests that the Court approve her selection of Hagens Berman as Lead Counsel for the Class. The firm has actively investigated the allegations raised against Defendants. Hagens Berman is a nationally recognized law firm with significant class action, fraud, and complex litigation experience, with the resources to effectively and properly pursue this Action. Movant also requests that the Court approve her selection of

- 1 -

Federman & Sherwood as Liaison Counsel for the Class. William B. Federman is familiar with practice before this Court and has a well-established practice involving complex civil litigation.

This motion is based on the accompanying Memorandum of Law in support thereof, Declaration of Lucas E. Gilmore filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

**WHEREFORE**, Movant respectfully requests that this Court: (1) consolidate the Related Actions; (2) appoint Ms. Fisher as Lead Plaintiff on behalf of all similarly situated Paycom investors; (3) approve her selection of Lead and Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  January 9, 2024                    Respectfully Submitted,

By ____*/s/ William B. Federman*____
    WILLIAM B. FEDERMAN, OBA #2853
William B. Federman, OBA #2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

- 2 -

011216-11/2423472 V1

Reed Kathrein (*pro hac vice* forthcoming)
Lucas E. Gilmore (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Movant Amy Fisher*

- 3 -

011216-11/2423472 V1