## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No. 5:23-cv-01019-F <br><br> **DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF AMY FISHER TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL** |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No. 5:24-cv-00012-F |
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No. 5:24-cv-00014-F |
| CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:24-cv-00019-F |

011216-11/2423407 V1

Plaintiff,

v.

PAYCOM SOFTWARE, INC., CHAD
RICHISON, and CRAIG BOELTE,

Defendants.

011216-11/2423407 V1

I, Lucas E. Gilmore, declare as follows:

1.      I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Amy Fisher ("Ms. Fisher" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's sworn Certification;

Exhibit B:    Charts of Movant's estimated losses;

Exhibit C:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on November 10, 2023;

Exhibit D:    Hagens Berman's firm résumé; and

Exhibit E:    Federman & Sherwood firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of January 2024, at San Diego, California.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

- 1 -

011216-11/2423407 V1