# Exhibit B

**Loss Analysis for Amy Fisher - Paycom Software, Inc. (PAYC)**
**Class Period 05/03/23 - 11/01/23**

| | **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** |
|---|---|---|
| Account 1 | $337,575.89 | $337,575.89 |
| Account 2 | $11,117.57 | $11,117.57 |
| | $348,693.47 | $348,693.47 |

**Loss Analysis for Amy Fisher - Paycom Software, Inc. (PAYC)**
**Class Period 05/03/23 - 11/01/23**
**A C C O U N T   1**

| | PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period** 05/10/23 | 91 | $272.2500 | $24,774.75 | | 06/07/23 | 461 | $302.9100 | $139,641.51 |
| **Purchases** 05/10/23 | 182 | $273.9442 | $49,857.84 | | | | | |
| 05/11/23 | 188 | $266.9500 | $50,186.60 | | | | | |
| 06/30/23 | 472 | $317.7313 | $149,969.17 | | | | | |
| 07/11/23 | 298 | $334.8900 | $99,797.22 | | | | | |
| 07/12/23 | 1,457 | $342.9900 | $499,736.43 | | | | | |
| 07/19/23 | 138 | $361.7300 | $49,918.74 | | | | | |
| 08/21/23 | 87 | $285.4296 | $24,832.38 | | | | | |
| 09/25/23 | 96 | $259.1400 | $24,877.44 | | | | | |
| 09/25/23 | 97 | $257.8805 | $25,014.41 | | | | | |
| 09/28/23 | 96 | $258.2250 | $24,789.60 | | | | | |
| 09/28/23 | 58 | $255.7400 | $14,832.92 | | | | | |
| 09/28/23 | 58 | $255.8778 | $14,840.91 | | | | | |
| 11/01/23 | 344 | $154.5000 | $53,148.00 | | | | | |
| 11/01/23 | 321 | $155.5600 | $49,934.76 | | | | | |
| 11/01/23 | 634 | $156.3700 | $99,138.58 | | | | | |
| **Post Class** | | | | | **Post Class** | | | |
| **Purchases** | | | | | **Sales** | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 4,617 | Total Amt. Paid in CP | $1,255,649.75 | Total Shares Sold in CP | 461 | Total Amt. Sold in CP | $139,641.51 |

Total Shares Acquired in CP **4,617**   Total Amt. Paid in CP **$1,255,649.75**   Total Shares Sold in CP **461**   Total Amt. Sold in CP **$139,641.51**

Post CP Shares Sold **0**   Post CP Amount Sold **$0.00**

Total Shares Sold to Current **461**   Total Amt. Sold to Current **$139,641.51** **ALTERNATIVE**

Actual Net Shares Acquired in CP **4,156** (CP Retained Shares)

Net Amount Paid in CP **$1,116,008.24**

Net Amount Paid in CP Minus Sold to Current Date **$1,116,008.24** **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) **4,156** Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date **4,156** Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP **$187.30**

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price **$778,432.35**

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price **$778,432.35** **ALTERNATIVE**

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price **$337,575.89** **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) **$337,575.89**

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) **$337,575.89** **ALTERNATIVE**

**Loss Analysis for Amy Fisher - Paycom Software, Inc. (PAYC)**
**Class Period 05/03/23 - 11/01/23**
**A C C O U N T   2**



| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 09/28/23 | 154 | $259.4953 | $39,962.28 | | | | | |
| Purchases | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 154 | Total Amt. Paid in CP | $39,962.28 |

| | | | |
|---|---|---|---|
| | | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Post CP Shares Sold 0    Post CP Amount Sold $0.00
Total Shares Sold to Current 0    Total Amt. Sold to Current $0.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP **154** (CP Retained Shares)

Net Amount Paid  in CP $39,962.28
Net Amount Paid in CP Minus Sold to Current Date $39,962.28 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) 154 Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date 154 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $187.30

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $28,844.70
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $28,844.70 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $11,117.57 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $11,117.57
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $11,117.57 **ALTERNATIVE**