# EXHIBIT 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANGELO VENTRILLO JR., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 5:23-cv-01019-F |
| | ) | DECLARATION OF MICHAEL |
| Plaintiff, | ) ) | BURRAGE IN SUPPORT OF MICHIGAN LABORERS' PENSION |
| | ) | FUNDS' MOTION FOR |
| vs. | ) ) | CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD |
| PAYCOM SOFTWARE, INC., et al., | ) ) | PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF |
| Defendants. | ) ) | COUNSEL |
| | ) | |
| COREY SCHOENROCK, Individually and on Behalf of All others Similarly Situated, | ) ) | No: 5:24-cv-00012-F |
| | ) | |
| Plaintiff, | ) ) | |
| | ) | |
| vs. | ) ) | |
| PAYCOM SOFTWARE, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

4870-2167-3882.v3

JOSEPH MINARIK, Individually and on behalf of all others similarly situated, )

           Plaintiff, )

vs. )

PAYCOM SOFTWARE, INC., et al., )

           Defendants. )

No: 5:24-cv-00014-F

No: 5:24-cv-00019-F

CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated, )

           Plaintiff, )

vs. )

PAYCOM SOFTWARE, INC., et al., )

           Defendants. )

4870-2167-3882.v3

I, MICHAEL BURRAGE, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Oklahoma and this Court.  I am local counsel for lead plaintiff movant Michigan Laborers' Pension Fund (the "Pension Fund") in the above-captioned related securities class actions.  I make this declaration in support of the Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published on *Business Wire*, a national business-oriented wire service, on November 10, 2023;

Exhibit B:    The Pension Fund's Sworn Certification; and

Exhibit C:    Chart of the Pension Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of January, 2024.

WHITTEN BURRAGE
MICHAEL BURRAGE (OBA No. 1350)
REGGIE WHITTEN (OBA No. 9576)


                                s/ Michael Burrage
                          _____
                              MICHAEL BURRAGE

512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone: 405/516-7800
mburrage@whittenburragelaw.com
rwhitten@whittenburragelaw.com

Local Counsel

- 1 -

4870-2167-3882.v3

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

WATKINS, PAWLICK, CALATI
  & PRIFTI, PC
LAUREN CRUMMEL
1423 East Twelve Mile Rd.
Madison Heights, Michigan 48071
Telephone:  248/ 658-0800
248/658-0801 (fax)
lcrummel@wpcplaw.com

Additional Counsel

4870-2167-3882.v3

# EXHIBIT A

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Paycom Software, Inc. Investors – PAYC

🌐 businesswire.com/news/home/20231110421357/en/EQUITY-ALERT-Rosen-Law-Firm-Files-Securities-Class-Action-Lawsuit-on-Behalf-of-Paycom-Software-Inc.-Investors-–-PAYC

November 10, 2023

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Paycom Software, Inc. (NYSE: PAYC) between May 3, 2023 and November 1, 2023, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Paycom investors under the federal securities laws.

To join the Paycom class action, go to https://rosenlegal.com/submit-form/?case_id=20233 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made materially false and/or misleading statements and/or failed to disclose that: (1) Paycom's Beti product led to cannibalization of Paycom's services and revenues; (2) Paycom knew but failed to disclose that Beti was leading to cannibalization of Paycom's services and revenues, and failed to warn of cannibalization as a general risk; (3) as a result of cannibalization of revenue, Paycom missed its expected 3Q23 revenue and would have to revise its expected 2023 Revenues; (4) the cannibalization issue resulted in projected 2024 year-over-year revenue growth to between 10% and 12%, well below expectations; and (5) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 9, 2024.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=20233 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

2/2

# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Michigan Laborers' Pension Fund ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

> *Parot v. Clarivate plc,* No. 1:22-cv-00394 (E.D.N.Y.)
> *Coleman v. Charles River Laboratories International, Inc.,* No. 1:23-cv-11132 (D. Mass.)
> *Soderberg v. Apellis Pharmaceuticals, Inc.,* No. 1:23-cv-00834 (D. Del.)
> *In re UiPath, Inc. Sec. Litig.,* No. 1:23-cv-07908 (S.D.N.Y.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8 day of January, 2024.

Michigan Laborers' Pension Fund

By: _____
Alex Zurek, Chairman

By: _____
Robert Coppersmith, Secretary

PAYCOM

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/09/2022 | 218 | $358.30 |
| 02/09/2022 | 506 | $359.46 |
| 02/14/2022 | 29 | $350.49 |
| 02/14/2022 | 137 | $348.77 |
| 02/14/2022 | 195 | $348.47 |
| 03/21/2022 | 364 | $351.70 |
| 05/03/2022 | 47 | $290.74 |
| 06/27/2022 | 27 | $302.70 |
| 08/03/2022 | 120 | $359.38 |
| 08/03/2022 | 212 | $359.34 |
| 09/08/2022 | 322 | $362.19 |
| 11/11/2022 | 333 | $341.87 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/21/2023 | 189 | $312.54 |
| 06/21/2023 | 189 | $313.50 |
| 06/22/2023 | 8 | $309.59 |
| 06/22/2023 | 72 | $308.00 |
| 06/22/2023 | 304 | $309.54 |

Prices listed are rounded up to two decimal places.

# EXHIBIT C

Movant's Purchases and Losses     Class Period: 02/09/2022 - 11/01/2023     Paycom Software, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Michigan Laborers' Pension Fund** | 02/09/2022 | 218 | $358.30 | $78,108.46 | 06/21/2023 | 189 | $312.54 | $59,069.85 | |
| | 02/09/2022 | 506 | $359.46 | $181,888.99 | 06/21/2023 | 189 | $313.50 | $59,252.39 | |
| | 02/14/2022 | 29 | $350.49 | $10,164.13 | 06/22/2023 | 8 | $309.59 | $2,476.71 | |
| | 02/14/2022 | 137 | $348.77 | $47,781.11 | 06/22/2023 | 72 | $308.00 | $22,176.12 | |
| | 02/14/2022 | 195 | $348.47 | $67,951.42 | 06/22/2023 | 304 | $309.54 | $94,101.16 | |
| | 03/21/2022 | 364 | $351.70 | $128,020.07 | held | 1,748 | $186.96 | $326,798.31 | |
| | 05/03/2022 | 47 | $290.74 | $13,664.55 | | | | | |
| | 06/27/2022 | 27 | $302.70 | $8,172.96 | | | | | |
| | 08/03/2022 | 120 | $359.38 | $43,125.59 | | | | | |
| | 08/03/2022 | 212 | $359.34 | $76,179.76 | | | | | |
| | 09/08/2022 | 322 | $362.19 | $116,624.86 | | | | | |
| | 11/11/2022 | 333 | $341.87 | $113,843.71 | | | | | |
| **Movant's Total** | | **2,510** | | **$885,525.60** | | **2,510** | | **$563,874.55** | **($321,651.05)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $186.96 as of January 08, 2024 for common stock.

Prices listed are rounded up to two decimal places.