**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No.: 5:23-cv-01019-F <br><br> [Captions continued on following page] |

**DR. CALVIN E. MEIN'S MEMORANDUM OF LAW IN REPLY**
**AND FURTHER SUPPORT OF MOTION FOR LEAD PLAINTIFF**

# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>               Defendants. | Case No. 1:22-cv-03088-RA<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS CO-LEAD PLAINTIFF AND CO-LEAD COUNSEL** |

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Gulzar Ahmed dated January 11, 2024, the Declaration of Shannon L. Hopkins dated January 16, 2024, and the accompanying memorandum of law, Co-Lead Plaintiff Gulzar Ahmed respectfully moves this Court for an order pursuant to Federal Rule of Civil Procedure 21 granting his Motion to Withdraw as Co-Lead Plaintiff, granting leave for Levi & Korsinsky, LLP to withdraw as counsel for Gulzar Ahmed and as Co-Lead Counsel, and for such other and further relief as this Court may deem just and proper.

Allegheny County Employees' Retirement System will continue to serve as lead plaintiff and the Rosen Law Firm, P.A. as lead counsel for the class.

Dated: January 16, 2024                 Respectfully submitted,
Stamford, Connecticut

                                  */s/ Shannon L. Hopkins*
                                Shannon L. Hopkins (SH-1887)

1

Andrew Lencyk (AL-4329)
P. Cole von Richthofen (admitted *pro hac vice*)
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: alencyk@zlk.com
Email: cvrichthofen@zlk.com

*Counsel for Co-Lead Plaintiff Gulzar Ahmed*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing, and accompanying declaration and memorandum of law, was filed on January 16, 2024 with the Clerk's office using the ECF system, which will send notification of such filing to counsel of record in this matter.

I additionally certify that a true and correct copy of the papers have been sent via email to plaintiff Gulzar Ahmed:

        Mr. Gulzar Ahmed
        Email: gulzarahmedny@gmail.com

Dated: January 16, 2024                Respectfully submitted,
Stamford, Connecticut             *<u>/s/ Shannon L. Hopkins</u>*
                                Shannon L. Hopkins (SH-1887)
                                Andrew Lencyk (AL-4329)
                                P. Cole von Richthofen (admitted *pro hac vice*)
                                LEVI & KORSINSKY, LLP
                                55 Broadway, 10th Floor
                                New York, NY 10006
                                Tel.: (212) 363-7500
                                Fax: (212) 363-7171

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>                          Defendants. | Case No. 1:22-cv-03088-RA |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS CO-LEAD PLAINTIFF AND CO-LEAD COUNSEL

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (SH-1887)
Andrew Lencyk (AL-4329)
P. Cole von Richthofen (admitted *pro hac vice*)
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: alencyk@zlk.com
Email: cvrichthofen@zlk.com

*Counsel for Co-Lead Plaintiff Gulzar Ahmed*

1

## PRELIMINARY STATEMENT

Court-appointed Co-Lead Plaintiff Gulzar Ahmed ("Ahmed") respectfully submits this memorandum of points and authorities in support of his motion to: (1) withdraw Mr. Ahmed as Co-Lead Plaintiff in the above-captioned action (the "Action"); (2) withdraw Levi & Korsinsky, LLP as counsel for Mr. Ahmed and as Co-Lead Counsel; and (3) such other and further relief as this Court may deem just and proper.

As set forth in the Declaration of Gulzar Ahmed in Support of Motion to Withdraw as Lead Plaintiff ("Ahmed Declaration"), Mr. Ahmed's personal circumstances have changed, and he no longer wishes to serve as Co-Lead Plaintiff. Specifically, as set forth in the Declaration of Shannon L. Hopkins in Support of Motion to Withdraw as Lead Plaintiff (the "Hopkins Declaration"), Mr. Ahmed has informed his counsel, Levi & Korsinsky, LLP ("Levi & Korsinsky") that he wishes to withdraw due to personal health issues that limit his ability to serve in the case.

For the reasons set forth below and in the Ahmed and Hopkins Declarations, Mr. Ahmed respectfully requests the Court grant his motion to withdraw as a Co-Lead Plaintiff, permit withdrawal of Levi & Korsinsky, LLP as his counsel and as Co-Lead Counsel for the class, and grant such other and further relief as this Court may deem just and proper.

## RELEVANT FACTUAL BACKGROUND AND PROCEDURAL POSTURE

The facts underlying the instant motion are detailed in the Ahmed Declaration and the Hopkins Declaration filed herewith.

This case is presently in the early stages of discovery. The parties' initial requests for production were served on October 26, 2023, for which the majority of responsive documents have not been produced, and the deadline for the completion of fact discovery is December 16,

2024, nearly one year away. No depositions have been scheduled or taken and no expert discovery has taken place, as the deadline for the completion of expert discovery is not until April 21, 2025. This case is not scheduled to be trial-ready until June 20, 2025.

As set forth in the Ahmed Declaration, Mr. Ahmed's personal circumstances and availability to represent the class as a fiduciary have changed, and Mr. Ahmed therefore no longer wishes to serve as Co-Lead Plaintiff or in a representative role in the Action. Ahmed Decl. ¶ 2. Mr. Ahmed has informed his counsel, Levi & Korsinsky, that he seeks to withdraw in light of personal health issues. Hopkins Decl. ¶ 4.

Pursuant to Mr. Ahmed's withdrawal, Levi & Korsinsky seeks to be relieved as his counsel and as Co-Lead Counsel for the class. Levi & Korsinsky is not asserting a retaining or charging lien on Mr. Ahmed.

## ARGUMENT

### A. Good Cause Exists for Withdrawal of Mr. Ahmed as Co-Lead Plaintiff

Rule 21 of the Federal Rules of Civil Procedure provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. "Indeed, 'the Court possesses broad discretion under Rule 21, Fed. R. Civ. P., to permit a change in the parties at any stage in the litigation.'" *N.J. Carpenters Health Fund v. Royal Bank of Scot. Grp., PLC*, 2016 U.S. Dist. LEXIS 153804, at *18 (S.D.N.Y. Nov. 4, 2016) (quoting *Andujar v. Rogowski*, 113 F.R.D. 151, 154 (S.D.N.Y. 1986)). In the context of a class action under the federal securities laws, "[i]t is certainly within the lead plaintiffs' discretion and, perhaps more importantly, part of a lead plaintiff's responsibility to propose their own withdrawal and substitution should it be discovered that they may no longer adequately represent the interests of the purported plaintiff class." *In re NYSE Specialists Sec. Litig.*, 240 F.R.D. 128, 134 (S.D.N.Y. 2007).

As set forth in the Ahmed and Hopkins Declarations, Mr. Ahmed has proposed his own withdrawal here based on a change in his personal health circumstances, and therefore the Court should grant his withdrawal as Co-Lead Plaintiff. Ahmed Decl. ¶2; Hopkins Decl. ¶4. "[A] plaintiff should not be compelled to litigate if [he] doesn't wish to," which is precisely what Mr. Ahmed has expressed here. *In re Currency Conversion Fee Antitrust Litig.*, Nos. 01 MDL, 1409, M 21-95, 2004 U.S. Dist. LEXIS 22320, at *4 (S.D.N.Y. Nov. 3, 2004) (citation and internal quotation marks omitted). *See also In re Initial Pub. Offering Sec. Litig.*, 224 F.R.D. 550, 552 (S.D.N.Y. 2004) (granting withdrawal of lead plaintiffs upon "sworn declarations stating that they wish to withdraw from their respective cases for personal reasons").

For the avoidance of doubt, Mr. Ahmed requests withdrawal as Co-Lead Plaintiff only. Mr. Ahmed will remain a member of the class.

## B. The Court Should Permit Mr. Ahmed's Counsel to Withdraw

Pursuant to Mr. Ahmed's withdrawal as Co-Lead Plaintiff, Levi & Korsinsky seeks leave to withdraw as his counsel and as Co-Lead Counsel for the class. Under Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, counsel may not withdraw as attorney of record without order of the Court:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien.

As set forth in the Hopkins Declaration, Mr. Ahmed's change in personal health circumstances warrants Levi & Korsinksy's withdrawal as his counsel. Hopkins Decl. at ¶¶4–5.

## C. The Class and Parties Will Not Be Prejudiced by Withdrawal

Given this case is in the early stages of discovery, permitting Mr. Ahmed to withdraw as

Co-Lead Plaintiff will not disrupt the prosecution of the lawsuit. To date, the parties have engaged in limited written discovery for which negotiations are ongoing and only a handful of documents have been produced. The deadlines to complete fact discovery and expert discovery are not until December 16, 2024 and April 21, 2025, respectively.

Moreover, permitting Levi & Korsinsky to withdraw as counsel for Mr. Ahmed and as Co-Lead Counsel for the class will not prejudice the class, because ACERs can represent the class as sole lead plaintiff with the Rosen Law Firm as counsel for ACERs and as lead counsel for the class. As this Court noted in the telephone conference for appointment of lead plaintiff on August 4, 2022, ACERS alleged the largest financial loss of all movants for lead plaintiff behind only Mr. Ahmed (ECF No. 44 8:2–9), and "ACERs' comparative size, available resources, and experience make it … appropriate to be lead plaintiff…". *Id.* 9:11–13.

Mr. Ahmed will not be prejudiced by withdrawal of counsel, as he will remain a member of the proposed class to be represented by the Rosen Law Firm.

**CONCLUSION**

For the reasons set forth above and in the Ahmed and Hopkins Declarations, the Court should grant Mr. Ahmed's Motion to Withdraw as Co-Lead Plaintiff, grant leave for Levi & Korsinsky, LLP to withdraw as counsel for Mr. Ahmed and as Co-Lead Counsel for the Class, and grant such other and further relief as this Court may deem just and proper.

Dated: January 16, 2024            Respectfully submitted,
Stamford, Connecticut

                     */s/ Shannon L. Hopkins*
                     Shannon L. Hopkins (SH-1887)
                     Andrew Lencyk (AL-4329)
                     P. Cole von Richthofen (admitted *pro hac vice*)
                     LEVI & KORSINSKY, LLP
                     55 Broadway, 10th Floor
                     New York, NY 10006

Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: alencyk@zlk.com
Email: cvrichthofen@zlk.com

*Counsel for Co-Lead Plaintiff Gulzar Ahmed*

**DECLARATION OF GULZAR AHMED IN SUPPORT
OF MOTION TO WITHDRAW AS LEAD PLAINTIFF**

I, Gulzar Ahmed, declare as follows:

1. On August 4, 2022, the Court appointed me and The Allegheny County Employees' Retirement System as co-lead plaintiffs in this action, and Levi & Korsinsky, LLP and The Rosen Law Firm, P.A. as co-lead counsel. ECF 41.

2. Since the filing of my motion for appointment as lead plaintiff, my personal circumstances and availability to represent the Class as a fiduciary, have changed. Accordingly, I no longer wish to serve as Lead Plaintiff or in a representative role and have instructed my attorneys to seek my withdrawal as Lead Plaintiff.

3. I believe that my co-lead plaintiff, Allegheny County Employees' Retirement System, will adequately and capably represent the interests of the Class.

I, Gulzar Ahmed, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:1/11/2024

Gulzar Ahmed



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>            Defendants. | Case No. 1:22-cv-03088-RA<br><br>**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION TO WITHDRAW AS CO-LEAD PLAINTIFF AND CO-LEAD COUNSEL** |

I, SHANNON L. HOPKINS, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner of Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Co-Lead Plaintiff Gulzar Ahmed in the above-captioned action (the "Action").

2.      I have personal knowledge of the statements set forth in this Declaration.

3.      I submit this Declaration in support of Mr. Ahmed's Motion to Withdraw as Co-Lead Plaintiff (the "Motion") and Levi & Korsinsky's request to withdraw as Co-Lead Counsel.

4.      On January 11, 2024, Mr. Ahmed informed me on a telephone call that he has been experiencing personal health issues that limit his ability to serve as a lead plaintiff in the Action. Accordingly, he expressed that he wishes to withdraw as Co-Lead Plaintiff of the class. He would, however, remain a member of the class.

5.      Given Mr. Ahmed's withdrawal, Levi & Korsinsky seeks leave of the Court to withdraw as counsel for Mr. Ahmed and the putative class pursuant to Rule 1.4 of the Local

1

Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York. Levi & Korsinsky is not asserting a retaining or charging lien against Mr. Ahmed.

6. This action is in the early stages of discovery. There are no motions pending in the action.

7. Levi & Korsinsky has informed the Rosen Law Firm of Mr. Ahmed's intention to withdraw as Co-Lead Plaintiff. The Rosen Law Firm has indicated that it and the Allegheny County Employees' Retirement System intend to continue representing the Class. Levi & Korsinsky has also informed counsel for Defendants of Mr. Ahmed's intention to withdraw as Co-Lead Plaintiff, and counsel for Defendants have no objection to the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2024        Respectfully submitted,
Stamford, Connecticut

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Co-Lead Plaintiff Gulzar Ahmed*

2