**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, <br><br> Defendants. | Case No.: 5:23-cv-01019-F <br><br> This case relates to: <br><br>  5:24-cv-00019-R <br>  5:24-cv-00012-F <br>  5:24-cv-00014-J |

**SUPPLEMENTAL DECLARATION OF**
**DR. CALVIN E. MEIN IN FURTHER SUPPORT OF**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Dr. Calvin Mein, hereby declare as follows:

1.     I am submitting this declaration in further support of my motion for lead plaintiff. I understand that three other shareholders have opposed my motion. My hope is that the information contained in this declaration will adequately respond to the arguments raised by these other shareholders and assure the Court of my ability to serve as the lead plaintiff in this lawsuit.

2.     I grew up on a farm in Southeast Kansas. After completing high school, I obtained a Bachelor of Science degree in Chemistry from Pittsburg State University. I worked in a laboratory while in school where I developed an interest in medicine. I ultimately attended medical school after being awarded a full scholarship by the U.S. Army while on active duty. I obtained my Doctor in Medicine in 1975 from the University of

Illinois followed by a residency in ophthalmology at the Brooke Army Medical Center in San Antonio, Texas, and a fellowship in ophthalmology at the Bascom Palmer Eye Institute at the University of Miami School of Medicine in Miami, Florida.

3.      Following the completion of my residency and fellowship, I completed tours at the Fitzsimmons Army Medical Center in Aurora, Colorado, and the 97th General Hospital in Frankfurt, Germany. I then returned to San Antonio, Texas, to serve as the Chief of Ophthalmology at the Brooke Army Medical Center from 1986 to 1991. After spending approximately twenty years in the U.S. Army, I retired and founded Retinal Consultants of San Antonio in 1991. Two years ago, Retina Consultants of America purchased my practice, however I continue to work there to this day.

4.      I invested in Paycom during the Class Period under the belief that the company's stock price would increase or, at a minimum, remain high. In February and then again in July, I sold put contracts with exercise prices that were below Paycom's trading price at the time. I also purchased 100 shares of Paycom common stock on the open market in May 2023. The transaction history I previously submitted with my Certification neglected to include the May 2023 purchase due to the fact that the transaction was made in a different account (an IRA account) that did not include any other Paycom transactions and I did not recall making it until preparing this declaration. A corrected Certification is attached hereto as Exhibit A.

5.      Had Paycom's stock price stayed high and/or increased, the option contracts would have expired unexercised. Unfortunately, after selling the puts, Paycom's stock price decreased and I was forced to purchase the shares underlying the put option contracts.

2

6.      This occurred on two occasions. First, on February 22, 2023, I sold put contracts with a $290 exercise price. At the time of the sale, Paycom's stock was trading at approximately $298 per share. However, shortly afterwards, Paycom's stock price declined to approximately $270 per share and, consequently, I was forced to buy the underlying Paycom shares at a $20 premium to the market price, *i.e.*, the difference between the exercise price and the market price.

7.      The second occasion occurred on July 28, 2023, and, unfortunately, caused me to lose much more money. I sold 100 put contracts with a $340 exercise price.  At the time of the sale, Paycom's stock was trading at approximately $370 per share. Three trading days later, Paycom's stock plummeted to approximately $280 per share. The put contracts that I had sold just days earlier were soon exercised and, as a result, I was forced to buy 10,000 shares of Paycom stock at $340 per share, which at that time was approximately $60 per share in excess of the market price of about $280 at the time.

8.      Despite the losses I sustained on the option transactions, I remained bullish on Paycom and believed in the company's current value and future prospects. I retained the majority of the Paycom shares that I owned through the end of the Class Period. Unfortunately, this decision resulted in additional losses when, on November 1, 2023, Paycom's stock fell to approximately $150 per share.

9.       In making my investment decisions concerning Paycom securities during the Class Period, I relied upon both the then-current market prices of Paycom's common stock. My belief and hope at all relevant times was that Paycom's stock would increase or, at minimum, remain at the high level it was trading at when I invested.

3

10.    If appointed as the lead plaintiff in this action, I will do my best to maximize the recovery for the class of shareholders that I will represent. I intend to regularly speak and communicate with my attorneys, review pleading and motion papers, and participate in discovery. I followed my investment in Paycom closely during the Class Period and, on that basis, believe that my insight into the company's public statements will prove useful when developing a litigation strategy with my attorneys at Levi & Korsinsky, LLP.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this __02/__th day of February, 2024.

_Dr. Calvin Mein_
Dr. Calvin Mein (Feb 2, 2024 14:45 MST)

Dr. Calvin Mein

# EXHIBIT "A"

# Amended Certification of Plaintiff Pursuant to Federal Securities Laws

I, Calvin E Mein, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Paycom Software, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date : 02/02/2024

Name : Calvin E Mein

Signature : _Dr. Calvin Mein_
Dr. Calvin Mein (Feb 2, 2024 14:45 MST)

| Case Name | Paycom Software, Inc. |
|---|---|
| Ticker | PAYC |
| Class Period | 02-09-2022 to 11-01-2023 |

**Account 1**

**Client Name**

Calvin Mein

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-17-2023 | P | 1000 | $ 290.0000 |
| 08-10-2023 | P | 3000 | $ 340.0000 |
| 08-16-2023 | P | 5300 | $ 340.0000 |
| 08-18-2023 | P | 1500 | $ 340.0000 |
| 08-21-2023 | P | 200 | $ 340.0000 |
| 09-22-2023 | S | -3000 | $ 260.0000 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 02-22-2023 | SO | -10 | PAYC Mar 17 '23 $290 PUT | $8.12 |
| 03-20-2023 | Assignment | 10 | PAYC Mar 17 '23 $290 PUT | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 01-31-2023 | BO | 10 | PAYC Mar 17 '23 $320 CALL | $21.60 |
| 03-20-2023 | Expired | -10 | PAYC Mar 17 '23 $320 CALL | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 04-25-2023 | SO | -24 | PAYC May 19 '23 $310 CALL | $6.50 |
| 05-22-2023 | Expired | 24 | PAYC May 19 '23 $310 CALL | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 07-28-2023 | SO | -100 | PAYC August 18 '23 $340 PUT | $4.30 |
| 08-10-2023 | Assignment | 30 | PAYC August 18 '23 $340 PUT | $0.00 |
| 08-17-2023 | Assignment | 53 | PAYC August 18 '23 $340 PUT | $0.00 |
| 08-18-2023 | Assignment | 15 | PAYC August 18 '23 $340 PUT | $0.00 |
| 08-21-2023 | Assignment | 2 | PAYC August 18 '23 $340 PUT | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 08-11-2023 | BO | 100 | PAYC Sep 15 '23 $300 CALL | $9.59 |
| 09-15-2023 | Expired | -100 | PAYC Sep 15 '23 $300 CALL | $0.00 |

**Account 2**

**Client Name**

Calvin Mein

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-12-2023 | P | 100 | $ 265.1400 |