# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO VENTRILLO JR., Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>     Defendants. | Case No. 5:23-cv-01019-F<br><br>**DECLARATION OF LUCAS E. GILMORE IN FURTHER SUPPORT OF MOTION OF AMY FISHER TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL** |
| COREY SCHOENROCK, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>     Defendants. | Case No. 5:24-cv-00012-F |
| JOSEPH MINARIK, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE,<br><br>     Defendants. | Case No. 5:24-cv-00014-F |
| CHRIS H. CALOTO, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:24-cv-00019-F |

011216-11/2423407 V1

Plaintiff,

v.

PAYCOM SOFTWARE, INC., CHAD
RICHISON, and CRAIG BOELTE,

Defendants.

011216-11/2423407 V1

I, Lucas E. Gilmore, declare as follows:

1.       I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Amy Fisher ("Ms. Fisher" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in further support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached is a true and correct copy of the following exhibit:

Exhibit A:    Movant's Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of February 2024, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

- 1 -

011216-11/2423407 V1