**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re PAYCOM SOFTWARE, INC. SECURITIES LITIGATION | Master Case No.: 5:23-cv-01019-F |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | |

**MEMORANDUM OF LAW IN SUPPORT OF DR. CALVIN E. MEIN'S**
<u>**MOTION FOR SELECTION OF LIAISON COUNSEL**</u>

Court-appointed Lead Plaintiff Dr. Calvin E. Mein ("Lead Plaintiff") respectfully submits this Memorandum of Law in Support of his motion ("Motion") for approval of his selection of Federman & Sherwood as Liaison Counsel pursuant to the Court's Order dated April 23, 2024 (ECF No. 64). In further support of this Motion, Lead Plaintiff states as follows.

1.      On November 10, 2023, Angelo Ventrillo, Jr. filed the initial class action complaint in this action (the "Action"), alleging violations of the federal securities laws and pursuing claims under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5), against Defendants Paycom Software, Inc. ("Paycom"), Chad Richison, and Craig Boelte (collectively "Defendants"). Additional related actions were filed: *Minarik v. Paycom Software, Inc., et. al.*, Case No. 5:24-cv-00014-J (the "*Minarik* Action"), *Caloto v. Paycom Software, Inc., et al.,* No. 5:24-cv-00019-R (the "*Caloto* Action"), and *Schoenrock v. Paycom Software, Inc., et al.,* No. 5:24-cv-00012-F (the "*Schoenrock* Action").

2.      On November 10, 2023, pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i), counsel for plaintiff Ventrillo published a press release on *Business Wire*—a widely circulated national business-oriented wire service—announcing that a securities class action had been filed against Defendants and advising putative class members that they had 60 days from the publication of the November 10, 2023 notice to file a motion to be appointed as lead plaintiff.

3.      On January 9, 2024, five competing motions were timely filed requesting, *inter alia*, appointment as lead plaintiff and approval of selection of counsel. The motions

1

were filed by: Lead Plaintiff (ECF No. 16), Joseph Minarik (ECF No. 19), Brenda Herbert (ECF No. 22), Amy Fisher (ECF No. 27), Michigan Laborers' Pension Fund (ECF No. 30).

4.     On April 23, 2024, the Court entered an Order that, *inter alia*: (i) dismissed the *Schoenrock* Action; (ii) consolidated the *Minarik* Action and the *Caloto* Action into this Action; (iii) appointed Dr. Mein as Lead Plaintiff; (iv) approved Lead Plaintiff's selection of Levi & Korsinsky, LLP as Lead Counsel. *See* ECF No. 64

5.     Additionally, in the April 23, 2024 Order, the Court denied Lead Plaintiff's selection of Caruso & Smith, PLLC as Liaison Counsel and ordered that "Dr. Mein will recommend a law firm with an office in Oklahoma City to be appointed as liaison counsel within 14 days from the date of this order." *Id.* at 16.

6.     In compliance with the Court's Order, Lead Plaintiff respectfully requests the Court approve Federman & Sherwood as Liaison Counsel. Federman & Sherwood has considerable experience prosecuting class actions and claims asserting violations of the federal securities laws. *See* Declaration of William B. Federman at Ex. 1, filed concurrently herewith. Moreover, Federman & Sherwood maintains offices in Oklahoma City, Oklahoma and is familiar with the Court's rules and procedures.

Wherefore, Lead Plaintiff respectfully requests the Court grant his Motion and approve his selection of Federman & Sherwood as Liaison Counsel.

Dated: May 1, 2024                                   Respectfully Submitted,

                                        */s/: William B. Federman*
                                        William B. Federman, OBA #2853
                                        **FEDERMAN & SHERWOOD**
                                        10205 N. Pennsylvania

2

Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com
*Proposed Liaison Counsel for Dr. Mein
and the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*Lead Counsel for Dr. Mein and the Class*

## CERTIFICATE OF SERVICE

I, William Federman, hereby certify that this document was filed through the

CM/ECF system and will be sent electronically to the registered participants as identified

on the Notice of Electronic Filing on May 1, 2024.

/s/: *William Federman*
William Federman

3