**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re PAYCOM SOFTWARE, INC. SECURITIES LITIGATION | Master Case No.: 5:23-cv-01019-F |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | |

<u>**DECLARATION OF WILLIAM B. FEDERMAN**</u>

I, William B. Federman, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am an attorney and founder of the law firm Federman & Sherwood, proposed Liaison Counsel for Lead Plaintiff Dr. Calvin E. Mein ("Lead Plaintiff") and the putative class.

2.    I submit this Declaration, together with the attached exhibit, in support of Lead Plaintiff's motion for approval of his selection of Federman & Sherwood as Liaison Counsel for the Class.

3.    Attached hereto as an exhibit is a true and correct copy of the following:

**Exhibit 1**:    Firm Résumé of Federman & Sherwood, proposed Liaison Counsel for the Class. Attached to the Firm Résumé of Federman & Sherwood is a partial case list of class actions where Federman & Sherwood was or is lead or co-lead counsel.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Date: May 1, 2024

Respectfully Submitted,

*/s/: William B. Federman*
William B. Federman, OBA #2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:   (405) 239-2112
wbf@federmanlaw.com
*Proposed Liaison Counsel for Dr. Mein and the Class*

## CERTIFICATE OF SERVICE

I, William Federman, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 1, 2024.

*/s/: William Federman*
William Federman

2