**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re PAYCOM SOFTWARE, INC. SECURITIES LITIGATION | Master Case No.: 5:23-cv-01019-F |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS | |

**ORDER APPOINTING LIAISON COUNSEL**

Having considered the papers filed in support of the Motion of Dr. Calvin E. Mein ("Lead Plaintiff") for Approval of Selection of Liaison Counsel (the "Motion"), and for good cause shown, the Court hereby enters the following Order:

1.      The Motion (doc. no. 65) is Granted.

2.      Federman & Sherwood is appointed Liaison Counsel for Lead Plaintiff and the putative class.

**IT IS SO ORDERED** this 30th day of May, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-1019p015.PO.docx