**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re PAYCOM SOFTWARE, INC. SECURITIES LITIGATION | Master Case No.: 5:23-cv-01019-F |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS | |

**ORDER GRANTING EXTENSION OF PAGE-LIMITS**
**FOR MOTION TO DISMISS BRIEFING**

IT IS HEREBY ORDERED that the Parties' Joint Motion for Extension of Page-Limits for Motion to Dismiss Briefing [Doc. 78] is hereby GRANTED as follows:

1. Defendants shall have 30 pages total for their Motion to Dismiss Brief;

2. Lead Plaintiff shall have 30 pages total for his Opposition to the Motion to Dismiss Brief; and

3. Defendants shall have 15 pages total for their Motion to Dismiss Reply Brief.

The page limits prescribed herein shall not apply to any exhibits, appendices, and/or other portions of a filing that would not count toward the page limitations prescribed in W.D. Ok. Local Rule 7.1(e).

**SO ORDERED** this 23rd day of August, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-1019p018.PO.docx