# EXHIBIT 6

BARCLAYS



Paycom

# Smaller Beat and Raise Creates Headwind

| CORE

We see shares taking a breather from here given the lower Q2 beat level and largely reiterated guidance. The main factor seems to be management's decision to push for greater BETI adoption, which creates a revenue headwind. This should drive better retention going forward but means lower estimates in the short-term.

We are not sure Q2 and guidance were strong enough to maintain the recent strong performance in shares (1-month PAYC +15.4% vs. IGV 5.4%). True, revenue growth was still healthy at almost 27% y/y, but revenue was only $3mn over consensus, one of the lowest beat levels for a long time. In addition, FY guidance was only raised by $2mn, inviting more questions about the 2H assumed performance. Management does not believe it is the cycle but its decision to commit more resources to move existing customers to BETI, which has a negative revenue impact in the short-term. This should have a long-term benefit (better customer retention) but does not help this year. In addition, PAYC, like all the HR vendors, will see less benefits from increasing float revenue given the stabilizing interest rate environment, which also limits growth in the coming quarters. Combining this with the premium valuation (~10.4x EV/CY24E Sales, ~54.5x EV/CY24E FCF) means that we are not sure shares will outperform and we maintain our Equal Weight rating and lower our PT to $350 (from $368).

**The Numbers:** Q2 recurring revenue growth of 26.6% y/y drove total revenue of $401.1mn (vs. consensus $398.1mn, or ~0.8% beat). Adj. gross margin of 84.0% compared to consensus 84.6% and PAYC also delivered better than expected profitability (adj. EBITDA margin 50bps above consensus vs. 120bps in Q1). Q3 revenue guidance of $410-412mn and adj. EBITDA of $156-158mn came in -0.3% below and 0.1% above Street expectations (cons. $412.1mn and $156.8mn, respectively), with updated FY23 revenue guidance of $1.715-1.717bn and FY23 adj. EBITDA of $722-724mn coming in marginally higher than Street estimates (consensus $1.714bn and $718.3mn, respectively).

**Positives:** (1) Q2 revenue came-in 0.8% above consensus estimates and the outperformance helped drive a 50bps adj. EBITDA beat. (2) PAYC redefined its target market to include organizations with over 10k employees, signaling a more formal move up-market. (3) Paycom announced a new on-demand pay product (Everyday) and the expansion of payroll/BETI to Canada, which provides two new growth vectors and reduces competitive gaps vs. peers. (4) OCF of $105.9mn came in well ahead of Street expectations of $89.6mn.

| | |
|---|---|
| PAYC | EQUAL WEIGHT<br>Unchanged |
| U.S. Software | POSITIVE<br>Unchanged |
| Price Target | USD 350.00<br>lowered -5% from USD 368.00 |
| Price (01-Aug-23) | USD 370.78 |
| Potential Upside/Downside | -5.6% |

| | |
|---|---|
| Market Cap (USD mn) | 22355 |
| Shares Outstanding (mn) | 60.29 |
| Free Float (%) | 85.19 |
| 52 Wk Avg Daily Volume (mn) | 0.5 |
| Dividend Yield (%) | 0.40 |
| Return on Equity TTM (%) | 26.35 |
| Current BVPS (USD) | 23.06 |

Source: Bloomberg

| | |
|---|---|
| Price Performance | Exchange-NYSE |
| 52 Week range | USD 402.78-262.12 |




Source: IDC
Link to Barclays Live for interactive charting

U.S. Software
**Raimo Lenschow, CFA**
+1 212 526 2712
raimo.lenschow@barclays.com
BCI, US

Sheldon McMeans
+1 212 526 1544
sheldon.mcmeans@barclays.com
BCI, US

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Please see analyst certifications and important disclosures beginning on page 11 .**
Completed: 02-Aug-23, 02:18 GMT Released: 02-Aug-23, 04:10 GMT Restricted - External