**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

IN RE PAYCOM SOFTWARE, INC.    )    **Case No. CIV-23-1019-G**
SECURITIES LITIGATION         )

## **ORDER**

Now before the Court is a Motion to Withdraw (Doc. No. 85) filed regarding attorney Kennedy M. Brian.  The Motion represents that Plaintiffs will continue to be represented by other counsel.

The Motion to Withdraw (Doc. No. 85) therefore is GRANTED.

IT IS SO ORDERED this 10th day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge